UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

===============================================

MATTHEW E. CILUIK,

                              Plaintiff,

                                                              ORDER
              v.                                              13-CV-1173-A

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                              Defendant.

===============================================

        The above-referenced case was referred to Magistrate Judge Hugh B.

Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On October 20, 2014, Magistrate Judge

Scott filed a Report and Recommendation, recommending that the decision of the

Commissioner be reversed and that this matter be remanded for further administrative

proceedings.  The Magistrate Judge further recommended that defendant's motion for

judgment on the pleadings (Dkt. No. 12) should be denied, and that plaintiff's motion for

similar relief in his favor (Dkt. No. 8) should be granted.

        The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge Scott's Report and Recommendation, the decision of the

Commissioner is reversed and  this matter is remanded for further administrative

proceedings. Further, defendant Commissioner's motion for judgment on the pleadings

(Dkt. No. 12) is  denied, and plaintiff's motion for similar relief in his favor (Dkt. No. 8) is

granted.


The Clerk of Court shall take all steps necessary to close the case.


IT IS SO ORDERED.


_____*Richard J. Arcara*_____

HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   December 10, 2014